## HOWE v. STATE. (No. 11791.)

Court of Criminal Appeals of Texas. May 9, 1928.

Criminal law ⏤1097(3)—In absence of statement of facts, appellate court cannot review alleged error in refusing continuance for absent witnesses.

In absence of a statement of facts, Court of Criminal Appeals cannot review an alleged error in refusing a continuance for absent witnesses.

Commissioners' Decision.

Appeal from District Court, Navarro County; Hawkins Scarborough, Judge.

C. C. Howe was convicted of robbery, and he appeals. Affirmed.

John R. Curington and Norris Lovett, both of Corsicana, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is robbery; the punishment confinement in the penitentiary for 99 years.

The record is before us without any statement of facts. Appellant filed an application for a continuance upon the ground of the absence of witnesses by whom he expected to prove an alibi. Eight bills of exception complaining of the action of the court in overruling the application are presented. In the absence of a statement of facts we are unable to review an alleged error in refusing a continuance for absent witnesses. Shoemake v. State, 91 Tex. Cr. R. 246, 238 S. W. 653.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.